UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| COURTNEY RACHAEL MADSEN, a single person,<br><br>　　　　Plaintiff.<br><br>　　　　v.<br><br>JOSHUA KAGARICE and JANE DOE KAGARICE, husband and wife and the marital community comprised thereof,<br><br>　　　　Defendants. | Case No. 2:19-cv-00193-BLW<br><br>**ORDER APPROVING STIPULATION TO AMEND SCHEDULING ORDER** |

In consideration of the parties Stipulated Motion to Amend Scheduling Order (Dkt. 23), and good cause appearing therefore, **IT IS HEREBY ORDERED** that the following deadlines set forth in the Court's Scheduling Orders (Dkt. 17, 22) are hereby amended as follows:

1. <u>Dispositive Motion Deadline</u>: All dispositive motions, including motions for punitive damages must be filed by **October 5, 2020**.

2. <u>Alternative Dispute Resolution</u>: The parties have chosen to participate in **mediation**. ADR must be held by **September 7, 2020**.

**ORDER APPROVING STIPULATION TO AMEND SCHEDULING ORDER - 1**

3. <u>Completion of Fact Discovery</u>: All fact discovery must be completed by **June 3, 2020**. This is a deadline for the completion of all fact discovery; it is not a deadline for discovery requests. Discovery requests must be made far enough in advance of this deadline to allow completion of the discovery by the deadline date.

4. <u>Disclosure of Experts</u>:

   a. **Plaintiff** must disclose the experts intended to be called at trial on or before **May 4, 2020**.

   b. **Defendant** must disclose the experts intended to be called at trial on or before **June 3, 2020**.

   c. **Plaintiff** must disclose rebuttal experts intended to be called at trial on or before **June 17, 2020**.

   d. **ALL** discovery relevant to experts must be completed by **August 4, 2020**.

   **IT IS SO ORDERED.**

DATED: **February 11, 2020**

B. Lynn Winmill
United States District Judge